UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LAZARUS,

       Plaintiff,                                          Case No 1:07-cv-524

v.                                                      Hon. Wendell A. Miles

SUZANNE EISEN, et al.,

       Defendants.

_____/

## ORDER

Consistent with the Opinion filed this day, Defendant Correctional Medical Services, Inc.'s Motion for Summary Judgment Pursuant to 42 U.S.C. § 1997e, (dkt. #26), is **granted**, and Defendants Smith, Norwood, Gilkey, Kemp, Patterson, and Chapin's Motion for Summary Judgment due to Lack of Exhaustion, (dkt. #33), is **granted**.

**IT IS SO ORDERED**.

Date: September 30, 2008                              /s/ Wendell A. Miles
                                                                     WENDELL A. MILES
                                                                     Senior United States District Judge